UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAWN GALLASHAW, Administrator
and Personal Representative of
the Estate of Antonio Gallashaw,

        Plaintiff,

v.                                            Case No. 3:20-cv-106-BJD-MCR

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.
_____

## **ORDER**

Plaintiff moves the Court to compel the Florida Department of Law Enforcement (FDLE) to comply with a Rule 45 subpoena or for contempt (Doc. 101; Pl. Mot.). Plaintiff explains she served a subpoena on the FDLE on January 19, 2022, seeking "[a]ll notes, communications, and documents of any type from 2021 concerning the cause of death of Antonio Gallashaw, including any communications with Dr. Peter Gillespie." *See* Pl. Mot. ¶¶ 1-2. *See also* Doc. 101-1 at 2. The subpoena commanded a response by January 25, 2022. *See* Pl. Mot. ¶ 2. *See also* Doc. 101-1 at 2. Plaintiff does not contend the FDLE objected to the subpoena, nor did the FDLE move to quash or modify it. *See* Fed. R. Civ. P. 45(d)(2)(B), (d)(3) (providing procedures for a person to object to or move to quash a subpoena). On the contrary, the FDLE sent Plaintiff an

invoice for a good faith deposit to process the subpoena, and Plaintiff sent the FDLE a check, which the FDLE deposited. *Id.* ¶¶ 4, 5. Still, however, the FDLE did not respond to the subpoena. *Id.* ¶ 6. Before filing this motion, Plaintiff's attorney called the FDLE records department numerous times over about two months to inquire about the status. *Id.* ¶ 6. *See also* Doc. 101-2 ¶¶ 2-7.

The Court **grants** Plaintiff's motion to the extent that it directs the FDLE to comply with the subpoena within **fourteen days** of receiving this Order, **or show cause** why it should not be held in contempt for its failure to do so. *See* Fed. R. Civ. P. 45(g) ("The court for the district where compliance is required . . . may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.").

**Plaintiff must send the FDLE a copy of this Order and file a notice showing proof of receipt.**

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of September, 2022.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Jax-6
c:
Counsel of Record